In the Matter of the Application of MORGAN J. O'BRIEN et al., as Executors of JOHN D. CRIMMINS, Deceased, Appellants, for a Peremptory Writ of Mandamus against JOHN P. O'BRIEN, as Corporation Counsel of the City of New York, Respondent.

*New York city — street closing — application for mandamus to compel corporation counsel to apply for appointment of commissioners of estimate on street closing denied.*

*Matter of O'Brien (Potter Ave.), 200 App. Div. 914, affirmed.*

(Submitted May 23, 1923; decided June 12, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1922, which unanimously affirmed an order of Special Term denying a motion, made under section 4 of the Street Closing Law (L. 1895, ch. 1006), for a peremptory writ of mandamus to compel the corporation counsel of the city of New York to apply for the appointment of commissioners of estimate to determine the compensation due to the estate of John D. Crimmins, deceased, by reason of the closing of Potter avenue between Barclay street and the East river in the borough of Queens.

*Harry B. Chambers* and *James A. Lynch* for appellants.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

NEW PALTZ, HIGHLAND AND POUGHKEEPSIE TRACTION COMPANY, Appellant, *v.* THE COUNTY OF ULSTER, Defendant, and THE TOWN OF LLOYD, Respondent.

*Appeal — motion to dismiss appeal for failure to prosecute denied.*

Reported below, 202 App. Div. 234.

(Submitted June 5, 1923; decided June 12, 1923.)

MOTION to dismiss an appeal from a judgment, entered July 24, 1922, upon an order of the Appellate Division